```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05617
   JOSEPH A TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5874


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/29/2007 and was not confirmed.

     The case was dismissed without confirmation 07/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
CENTRIX FINANCIAL          SECURED VEHIC   15320.00            .00             .00
CENTRIX FINANCIAL          UNSECURED            .25            .00             .00
CHILD SUPPORT ENFORCEMEN   NOTICE ONLY    NOT FILED            .00             .00
CHILD SUPPORT ENFORCEMEN   NOTICE ONLY    NOT FILED            .00             .00
COMCAST                    UNSECURED      NOT FILED            .00             .00
MERCY HOUSING LAKEFRONT    UNSECURED      NOT FILED            .00             .00
ACUTE CARE SPECIALISTS I   UNSECURED      NOT FILED            .00             .00
NORTHSIDE COMMUNITY FEDE   UNSECURED      NOT FILED            .00             .00
PROVIDENT HOSPITAL         UNSECURED      NOT FILED            .00             .00
T-MOBILE USA               UNSECURED         406.38            .00             .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED            .00             .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED            .00             .00
IL DEPT OF HEALTHCARE &    DSO ARREARS     19210.01            .00             .00
IL DEPT OF HEALTHCARE &    DSO ARREARS     17110.08            .00             .00
ECMC                       UNSECURED        9262.38            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,484.00                       1,228.21
TOM VAUGHN                 TRUSTEE                                           91.03
DEBTOR REFUND              REFUND                                           323.08

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,642.32

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,228.21
TRUSTEE COMPENSATION                              91.03
DEBTOR REFUND                                    323.08
                         --------------    --------------
TOTALS                   1,642.32               1,642.32


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 05617 JOSEPH A TAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/18/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
    CASE NO. 07 B 05617 JOSEPH A TAYLOR
```